UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No: 11-CR-20551-35-DT

v.

JIMMY FOSTER,

        Defendant.
_____/

### ORDER REINSTATING BOND

The matter comes before the court on Defendant's Motion for Reinstatement of Bond (Dkt # 1058). A hearing was held on May 27, 2015 and for the reasons stated on the record, defendant's bond will be reinstated. Therefore,

IT IS ORDERED that the defendant's bond with conditions previously set is REINSTATED and bond is continued with the following additional conditions.

1. Report weekly to Pretrial Services..
2. Report to the Pretrial Services Officer, what employment he has obtained.

The U.S. Marshal is directed to release the defendant from custody forthwith.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  May 27, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 27, 2015, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522